UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEXANDER PRIEL | ) |
| | ) Civil Action |
| Plaintiff | ) |
| | ) |
| V. | ) Case No.: 3:13-cv-04174 |
| | ) |
| UNITED COLLECTION BUREAU, INC. | ) |
| | ) |
| | ) |
| Defendant | ) |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, ALEXANDER PRIEL, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

Warren Law Group, P.C.

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Warren Law Group, P.C.
58 Euclid Street
Woodbury, NJ 08096
856-848-4572
856-324-9081

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**ALEXANDER PRIEL,**
*Plaintiff*

V.

## SUMMONS IN A CIVIL CASE

**UNITED COLLECTION BUREAU, INC.,**
*Defendant*

CASE NUMBER: **3:13-CV-04174-PGS-DEA**

TO: *(Name and address of Defendant):*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**WILLIAM T. WALSH**
CLERK

**KIM STILLMAN**
(By) DEPUTY CLERK

ISSUED ON 2013-07-09 10:59:31.0, Clerk
USDC NJD